Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW OFFICE
1250 Oakmead Parkway, Suite 210
Sunnyvale, CA 94085
Mail: P. O. Box 698
Santa Clara, CA 95052
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Earl Nichols, Plaintiff

# IN THE UNITED STATES DISTRICTCOURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL NICHOLS,<br><br>                               Plaintiff.<br><br>v.s.<br><br><br>ARGENT MORTGAGE COMPANY, LLC; GMAC MORTGAGE, LLC, ETS SERVICES, LLC; EXECUTIVE FINANCIAL LENDING, INC.; JOHN SPEAR; and DOES 1-50,<br><br>                               Defendants. | No. 09CV01961 SC<br><br>NOTICE OF AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION AND PERTAINING TO ALL DEFENDANTS |

   Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff EARL NICHOLS voluntarily dismisses this action against all defendants WITHOUT PREJUDICE.

   None of the defendants have formally filed an answer nor a motion for summary judgment in this matter.  The only responding party, ARGENT, has stated that it has no objection to this dismissal.

//

*IT IS SO ORDERED*
*Judge Samuel Conti*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

1 | Dated: May 15, 2009

*[signature: Thomas J Spielbauer]*

_____
Thomas Spielbauer
Attorney for Earl Nichols, Plaintiff